## Kathryn Fahrlander, Appellant, v. John Mack, Appellee.

**Gen. No. 10,417.**

Heard in this court at the May term, 1950. W. C. O'Brien, for appellant; W. C. O'Brien, Wilson D. Burnell and Donald L. Puckett, of counsel; Dunn & Hayes, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.** Opinion filed October 20, 1950; released for publication November 8, 1950.